UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UPSTATE MOBILE TIRE, LLC,<br>*Petitioner,*<br><br>vs.<br><br>TREAD CONNECTION, LLC,<br>*Respondent*. | )<br>)<br>)<br>) No. 3:23-cv-00076-RJC-SCR<br>)<br>)<br>) |

## MOTION FOR DEFAULT JUDGMENT

COMES NOW Petitioner Upstate Mobile Tire, LLC, and would respectfully show the Court as follows:

1. This is an action to confirm an arbitration award.

2. Respondent Tread Connection, LLC, was, per the entry of October 13, 2023, found to be in default.

3. Since that entry of default, Respondent has not appeared in this action, nor has any attorney for Respondent contacted undersigned counsel.

4. Petitioner respectfully requests that the Court enter a default judgment confirming the arbitration award, [dkt. 3-1], making that award the final judgment of this Court. *See* 9 U.S.C. § 13 (deeming a confirmed arbitration award the judgment of the district court confirming it).

1

5. A petition for fees and costs will be filed once judgment is entered, as authorized by Fed. R. Civ. Pro. 54.

6. Undersigned counsel's office will mail a copy of the Court's judgment to the last known mailing addresses of Respondents' members.

Dated: December 21, 2023

Respectfully submitted,

UPSTATE MOBILE TIRE, LLC

s/Howard W. Anderson III
Howard W. Anderson III
N.C. Bar #50561
S.C. Bar# 100329

TRULUCK THOMASON LLC
3 Boyce Avenue
Greenville, SC 29601
T 864-331-1751
F 864-243-8115
howard@truluckthomason.com